# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK WEAVER, | : | |
|     Plaintiff | : | No. 3:13-cv-00337 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| CAROLYN W. COLVIN, | : | (Magistrate Judge Cohn) |
| Acting Commissioner of | : | |
| Social Security | : | |
|     Defendant | : | |
| | : | |
| | : | |

## ORDER

**AND NOW,** on this 23rd day of September, 2014, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Cohn's Report and Recommendation (Doc. No. 17) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 18) are **OVERRULED**;

3. The decision of the Commissioner denying disability insurance benefits and supplemental social security income to Plaintiff is **AFFIRMED**; and

4. The Clerk of Court is directed to close the above-captioned action.

                                                      S/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania